# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### Filed: July 24, 2017

```
* * * * * * * * * * * * *
JACQUELINE NICOLE BRASCHE on      *
behalf of and as parent of C.B.,   *          UNPUBLISHED
                                   *
             Petitioner,           *          No. 17-44V
                                   *
v.                                 *          Special Master Gowen
                                   *
SECRETARY OF HEALTH                *          Stipulation of Dismissal;
AND HUMAN SERVICES,                *          Vaccine Rule 21(a).
                                   *
             Respondent.           *
* * * * * * * * * * * * *
```

## ORDER CONCLUDING PROCEEDINGS[1]

On July 21, 2017, the parties filed a joint stipulation of dismissal pursuant to Vaccine Rule 21(a). Joint Stipulation (ECF No. 13).

In accordance with this rule, this case is hereby **dismissed without prejudice**. The Clerk of the Court is instructed that **judgment shall not enter** in the instant case pursuant to 42 U.S.C. § 300aa-21(a).

**IT IS SO ORDERED.**

**s/Thomas L. Gowen**
Thomas L. Gowen
Special Master

---

[1] Because this unpublished order contains a reasoned explanation for the action in this case, I intend to post it to the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to delete medical or other information, that satisfies the criteria in § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.